THOMAS V. GIRARDI - BAR NO. 36603
V. ANDRE SHERMAN - BAR NO. 198684
Girardi | Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-1832 CRB<br><br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| James Graham, et al.,<br><br>                              Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                              Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Bruce Worthington in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

//

//

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1   only with each side bearing its own attorneys' fees and costs.

2

3

4       DATED: 5-9    , 2010    By: _____

5
                                    **GIRARDI | KEESE**
6                                   1126 Wilshire Boulevard
                                    Los Angeles, California  90017
7                                   Telephone: (213) 977-0211
                                    Facsimile: (213) 481-1554
8
                                    *Attorneys for Plaintiffs*
9

10      DATED: Mar. 22 , 2010   By: _____

11

12                                  **DLA PIPER LLP (US)**
                                    1251 Avenue of the Americas
13                                  New York, New York 10020
                                    Telephone:  212-335-4500
14                                  Facsimile:  212-335-4501

15                                  *Defendants' Liaison Counsel*

16

17

18      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
        IT IS SO ORDERED.**
19

20      Dated: _____    _____

21                                  Hon. Charles R. Breyer
                                    United States District Court
22

23

24

25

26

27

28

                                    -2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**