| | |
|---|---|
| 1 | THOMAS V. GIRARDI - BAR NO. 36603 |
| | V. ANDRE SHERMAN - BAR NO. 198684 |
| 2 | Girardi \| Keese |
| | 1126 Wilshire Boulevard |
| 3 | Los Angeles, California 90017 |
| | Telephone (213) 977-0211 |
| 4 | Facsimile: (213) 481-1554 |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-1832 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| James Graham, et al.,<br><br>　　　　　　　　Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, James Graham in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

//
//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

only with each side bearing its own attorneys' fees and costs.

DATED: Feb 2/2010    By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: Feb. 25, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**